United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   JOSEPH T. OWEN, et al.,
            Plaintiffs,                    Case No.  15-cv-03442-DMR
8
9       v.                                 **ORDER TO SHOW CAUSE**
10  NATIONSTAR MORTGAGE LLC, et al.,
            Defendants.
11
12       Defendants filed a motion to dismiss on August 6, 2015.  Pursuant to Civil Local Rule 7-
13  3(a), any brief in opposition to Defendants' motion was due on August 20, 2015, but no such
14  opposition has been received.  <u>Plaintiffs Joseph T. Owen and Cynthia H. Owen are ordered to
15  respond by **September 15, 2015**, and show cause for their failure to respond</u> to the motion in
16  accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the
17  motion as required by Civil Local Rule 7-3(b).  This order to show cause does not constitute
18  permission to file a late opposition.  The hearing on October 8, 2015 is VACATED.  A new
19  hearing shall be noticed by the court if necessary.  If Plaintiffs do not respond by September 15,
20  2015, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.
21
22       **IT IS SO ORDERED.**
23  Dated: September 8, 2015
24  _____
           Donna M. Ryu
25         United States Magistrate Judge



26
27
28